# Court of Appeals
# of the State of Georgia

ATLANTA, January 27, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1090. SHAYNE MORTAIN v. THE STATE.**

On May 20, 2025, Shayne Mortain entered a guilty plea to two traffic offenses.[1] On May 21, 2025, Mortain filed a notice of appeal. We, however, lack jurisdiction.

Effective May 14, 2025, the legislature amended OCGA § 5-6-35(a)(5.3) to require the filing of an application for discretionary appeal in order to appeal a guilty plea. "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Because Mortain failed to file a discretionary application, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *Hester v. State*, ___ Ga. App. ___ (Case No. A26A0903, Dec. 11, 2025).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/27/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] A vehicular homicide charge was nolle prossed.